**FILED**
CLERK, U.S. DISTRICT COURT

October 25, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUSHANIK MARGARIAN,<br><br>             Plaintiff,<br><br>       v.<br><br>TED BAKER LIMITED, INC.; and DOES 1 through 10,<br><br>             Defendants. | Case No. 2:21-cv-06228-SB-RAO<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** |

///
///
///
///
///
///
///
///
///

The Court hereby orders that the joint stipulation of Plaintiff Shushanik Margarian and Defendant Ted Baker Limited, Inc. is **granted**.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs' Complaint filed in the above-captioned civil action is dismissed with prejudice.  The dismissal is without prejudice to the putative class members' claims.

JS-6.

**IT IS SO ORDERED.**



DATED:  October 25, 2021

_____
The Honorable Stanley Blumenfeld, Jr.
United States District Judge